PER CURIAM.
GOLDBERG, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v*. THOMAS SMITH, Defendant-Appellant.

(No. 58197;

First District (1st Division)—October 1, 1973.

PER CURIAM.
EGAN, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Robert Gevirtz and Lee Hettinger, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Sharon Grossman, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES HINTZE, Defendant-Appellant.

(Nos. 72-80, 72-231 cons.;

Third District—October 25, 1973.